UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 3:09-cv-30132-MAP

GARY J. BACHORZ and CARMELO A. SCUDERI,

Plaintiffs,

v.

SHAUNICE MILLER-FORSLUND, also known as SHAUNNA MILLER-FORSLUND,
Executrix of the Estate of Narin L. Miller,

Defendant.

**MEMORANDUM OF *LIS PENDENS* ENTERED
UPON FINDING AND ORDER ON PLAINTIFFS' MOTION
FOR APPROVAL OF MEMORANDUM OF *LIS PENDENS***

This matter came before the Court on the Plaintiffs' Motion for Approval of a Memorandum of *Lis Pendens*, and upon consideration thereof, the Court hereby finds as follows:

1. Gary J. Bachorz and Carmelo A. Scuderi, the plaintiffs in the above-referenced, commenced this proceeding against the defendant, Shaunna Miller-Forslund, Executrix of the Estate of Narin L. Miller, who is now apparently also known as Shaunice Miller-Forslund, by filing a Complaint with the Hampden County Superior Court on July 13, 2009 in Civil Action No.: HDCV2009-00680, which the defendant removed to this Court on August 6, 2009, invoking diversity jurisdiction pursuant to 28 U. S. C. § 1332(a)(1).

2. The subject matter of this action constitutes a claim by the plaintiffs of a right to title to real property or the use and occupation thereof or the buildings thereon

1

(hereinafter referred to as "the Premises"), the title to which real property presently stands in the name of the defendant, Shaunna Miller-Forslund, who is now apparently also known as Shaunice Miller-Forslund.

    3.    The Premises at issue in this action are owned by the defendant, Shaunice Miller-Forslund, who is now apparently also known as Shaunna Miller-Forslund, and are located at 850 Berkshire Avenue, Springfield, Hampden County, Massachusetts, which premises are more fully described in a deed recorded on December 28, 2009 with the Hampden County Registry of Deeds at Book 18,131, Page 260.

Whereupon the Court hereby approves this Memorandum of Lis Pendens.

Dated: Nov 10, 2011

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
Senior U.S. District Judge