UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY J. BACHORZ and CARMELO A. SCUDERI, <br>         Plaintiffs, <br><br> vi. <br><br> SHAUNA MILLER-FORSLUND, Executrix of the Estate of Nairn L. Miller, <br>         Defendant. | CIVIL ACTION NO. <br> 3:09-CV-30132-MAP |

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P 58, and the Memoranda and Orders previously issued, it is Ordered and Adjudged as follows:

    a.    As to Count 2 of the Plaintiffs' Complaint seeking conveyance of the premises located at 850 Berkshire Avenue in Springfield, Mass., Judgment shall enter in favor of Plaintiffs and against Defendant, with the purchase price of the premises set at $76,221.25, less $53,250.00 in damages, for a purchase price of $22,971.25.

    b.    The plaintiffs shall be awarded the costs of their action pursuant to Fed. R. Civ. P. 54(d)(1).

    c.    Counts 1, 3, 4, and 5 of the Plaintiffs' Complaint shall be dismissed.

    d.    Counts 1, 2, and 3, of Defendant's Counterclaim shall be dismissed.

DATED: February 6, 2012

/s/ Michael A. Ponsor
Hon. Michael A. Ponsor